**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 02 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MUKESH SINGH, A# 73-218-766, | No. 10-35480 |
| Petitioner - Appellant, | D.C. No. 2:09-cv-00397-JLR |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, Attorney General of the United States; et al., | MEMORANDUM[*] |
| Respondents - Appellees. | |

Appeal from the United States District Court
for the Western District of Washington
James L. Robart, District Judge, Presiding

Argued and Submitted February 10, 2011
Seattle, Washington

Before: B. FLETCHER, PAEZ, and IKUTA, Circuit Judges.

Mukesh Singh ("Singh") appeals from the district court's order denying his

habeas petition, filed pursuant to 28 U.S.C. § 2241. We dismiss the appeal as

moot.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

Simultaneously, with the filing of this order, we filed an order in the related case of *Singh v. Holder*, No. 03-72088, granting Singh's 2009 Motion to Reinstate Petition for Review. With the reinstatement of the Petition for Review, Singh has achieved all the relief that he seeks in the instant appeal. Accordingly, we dismiss the appeal as moot.

DISMISSED.